UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
J.D., *on behalf of J.M.*,                                              :
                                                                        :
                      Plaintiff,                     :
                                                   :      21-CV-671 (JPC)
            -v-                                                         :
                                                   :      <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION                                   :
*et al.*,                                                               :
                                                                        :
                      Defendants.                    :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The initial pretrial conference scheduled for April 12, 2021 at 10:00 a.m. is adjourned *sine die*. The parties shall submit a joint letter updating the Court on the status of this case by June 4, 2021.

      SO ORDERED.

Dated: April 6, 2021
       New York, New York
                                                          JOHN P. CRONAN
                                           United States District Judge